UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    John F Vance  
    Mary Vance  
        Debtor(s)

Case No. 15-25972

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/30/2015.

2) The plan was confirmed on 09/18/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/13/2018.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,160.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $6,494.08 |
| Less amount refunded to debtor | $14.08 |

**NET RECEIPTS:** $6,480.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,385.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $325.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,710.00

Attorney fees paid and disclosed by debtor: $615.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COLLECTION PROFESSIONALS INC | Unsecured | 112.00 | 136.93 | 136.93 | 19.62 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 332.72 | 1,030.12 | 1,030.12 | 147.58 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 9,625.25 | 9,497.74 | 9,497.74 | 1,360.67 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 376.70 | 389.20 | 389.20 | 55.76 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 71.50 | 71.50 | 10.24 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 458.14 | 418.62 | 418.62 | 418.62 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 525.00 | 525.00 | 525.00 | 75.21 | 0.00 |
| ONEMAIN | Unsecured | 3,799.00 | 3,815.05 | 3,815.05 | 546.56 | 0.00 |
| STATE COLLECTION SERVI/EMERGE | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI/EMERGE | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI/EMERGE | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI/EMERGE | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY/COMCAST | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| VALLEY VIEW PUBLIC SCHOOLS | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/WOODRIDGE I | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/ADVENTIST ILLINOIS H | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 892.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH FIN | Unsecured | 664.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTIONADVENTIS' | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING/RIVERSIDE | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/VILLAGE OF WOODRIDGE | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

Case 15-25972    Doc 33    Filed 09/24/18    Entered 09/24/18 13:28:19    Desc    Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MED BUSINESS BUREAU | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/ILLINOIS EMERGEN | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/ADVANCED RENAL | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/ADVANCED RENAL | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/ADVANCED RENAL | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/ADVANCED RENAL | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/ADVANCED RENAL | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 1,516.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 2,649.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/SURGIC | Unsecured | 853.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 582.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE/ADVEN | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/TMOBILE | Unsecured | 1,522.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEM/DIRECTV | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/AMSURC | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/AMSURC | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT/AT&T | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 194.70 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Unsecured | 249.02 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| GATEWYFINSOL | Unsecured | 10,174.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WAKEFIELD & ASSOC | Unsecured | 947.00 | 947.50 | 947.50 | 135.74 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $418.62 | $418.62 | $0.00 |
| **TOTAL PRIORITY:** | **$418.62** | **$418.62** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$16,413.04** | **$2,351.38** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,710.00 |
| Disbursements to Creditors | $2,770.00 |
| **TOTAL DISBURSEMENTS** : | **$6,480.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/24/2018     By: /s/ Glenn Stearns
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**